DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JENNIFER RENDFREY,**
Appellant,

v.

**ACE RENT A CAR** and **City of Fort Lauderdale,**
Appellees.

No. 4D17-734

[January 25, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Haimes, Judge; L.T. Case No. CACE 14-017694.

Jacqueline A. Grady of Grady Legal, P.A., Lighthouse Point, for appellant.

Cynthia A. Everett, City Attorney, and Alain E. Boileau, Assistant City Attorney, Fort Lauderdale, for appellee City of Ft. Lauderdale.

Richard A. Sherman, Sr. and James W. Sherman of the Law Offices of Richard A. Sherman, P.A., Fort Lauderdale, and Maria Vidakis and Julie B. Karron of the Law Offices of Patricia E. Garagozlo, Plantation, for appellee Ace Rent A Car.

PER CURIAM.

*Affirmed.*

GROSS, FORST, and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***